IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: **5:23-cr-59-KDB** |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violations: 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 922(g)(1) |
| **JASON TRAVIS SHOOK, JR.** | ) | 18 U.S.C. § 924(c) |
| | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession with Intent to Distribute Methamphetamine)*

On or about August 25, 2022, in Catawba County, within the Western District of North Carolina, the defendant,

**JASON TRAVIS SHOOK, JR.,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

### COUNT TWO
*(Possession of a Firearm by a Felon)*

On or about August 25, 2022, in Catawba County, within the Western District of North Carolina, the defendant,

**JASON TRAVIS SHOOK, JR.,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Ruger, model SR40C, .40 caliber, semi-automatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about August 25, 2022, in Catawba County, within the Western District of North Carolina, the defendant,

**JASON TRAVIS SHOOK, JR.,**

did knowingly possess one or more firearms in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One in this Bill of Indictment, incorporated by reference herein.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

*(Remainder of page intentionally left blank)*

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. a Ruger, model SR40C, .40 caliber, semi-automatic pistol, magazines, and ammunition.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*Regina Pack*
REGINA H. PACK
ASSISTANT UNITED STATES ATTORNEY