# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Jason Travis Shook, Jr.

Case Number: 5:23-cr-59-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | 10 years | mandatory minimum term of 10 years imprisonment, Not less than 5 years' nor more than life supervised release, and a maximum fine of $10,000,000 |
| 2 | 18 USC 922(g)(1) | n/a | 15 years Maximum Imprisonment, $250,000 Fine, Mandatory Minimum/Maximum Term of SR<br><br>If ACC:15 year mandatory minimum term of imprisonment, maximum term of life imprisonment, $250,000 fine, SR |
| 3 | 18 U.S.C. § 924(c)(1)(A)(i) | 5 years | 5 year mandatory minimum term of imprisonment, maximum term of life, a period of supervised release up to 5 years, consecutive. |

| | | |
|---|---|---|
| IS THE DEFENDANT AN ARMED CAREER CRIMINAL? <br> * For 922(g) cases only | ☐ YES | ☒ NO |
| HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? <br> * For drug cases only | ☐ YES | ☒ NO |
| DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? <br> * 18 U.S.C. 924(C) ONLY | ☐ YES | ☒ NO |
| IF YES | ☐ BRANDISH | |
| | ☐ DISCHARGE | |